An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: R.L.; K.L.; C.L.;
AND P.L., MINOR CHILDREN,

ROBERT W.L.,
Appellant,
vs.
WASHOE COUNTY DEPARTMENT OF
SOCIAL SERVICES,
Respondent.

No. 64941

**FILED**

JUN 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order terminating appellant's parental rights as to his minor children. Second Judicial District Court, Family Court Division, Washoe County; Deborah Schumacher, Judge.

Our review of this appeal reveals a jurisdictional defect. It appears that the district court has not entered a final, written order resolving the underlying parental termination case. Respondent filed a petition to terminate the parental rights of Sammi L., Steven D., and appellant Robert W.L. On July 8, 2013, the district court entered a written order terminating the parental rights of Steven D. and Robert W.L. As for Sammi L., the order specifically states that she agreed to relinquish her parental rights within 30 days after Steven D. and Robert W.L.'s parental rights were terminated, that she further agreed that legal grounds to terminate her parental rights existed and that respondent would submit an order as to the termination of her rights should she fail to relinquish within the 30-day period. But the record on appeal does not contain a written order entered thereafter with a formal relinquishment or

termination of Sammi L.'s parental rights. Thus, there appears to be no written order formally resolving the termination petition as to Sammi L. Therefore, appellant's notice of appeal is premature. *See* NRAP 3A(b)(1) (allowing an appeal from a final judgment); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (explaining that a final judgment resolves all of the issues in a case and leaves nothing for the court's future consideration).

Accordingly, we dismiss this appeal for lack of jurisdiction. Once the district court enters a written, file-stamped order formally resolving the termination petition as to Sammi L., appellant may file a timely notice of appeal and challenge the earlier interlocutory order terminating his parental rights. *See Consol. Generator-Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Deborah Schumacher, District Judge, Family Court Division
Robert W.L.
Washoe County District Attorney
Washoe District Court Clerk